DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHNNIE F. HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1254

_____

December 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

PER CURIAM.

   Affirmed.

SLEET, C.J., and KELLY and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.